COMMONWEALTH of Pennsylvania, Respondent

v.

Nelson MARTINEZ, Petitioner

No. 881 MAL 2016

Supreme Court of Pennsylvania.

June 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of June, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Steven Mykel BAILEY, Petitioner

No. 29 WAL 2017

Supreme Court of Pennsylvania.

June 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of June, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Melanie Eileen CRAVENER, Petitioner

No. 861 MAL 2016

Supreme Court of Pennsylvania.

June 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of June, 2017, the Petition for Allowance of Appeal is DENIED.